08-CV-05166-STIP

Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CAROL FREITAS, <br><br> Plaintiff <br><br> vs. <br><br> UNITED STATES POSTAL SERVICE, <br><br><br> Defendant | NO. C08-05166-FDB <br><br> STIPULATION MOTION FOR EXTENSION OF CERTAIN DEADLINES AND [PROPOSED] ORDER <br><br> (Please note on motion calendar: May 19, 2009) |

Plaintiff, through her undersigned counsel, and defendant, through its undersigned counsel, stipulate and agree as follows:

1. On September 22, 2008, this Court entered a scheduling order setting the deadlines as follows:

-Disclosure of expert witnesses and their opinions by 4/20/2009.

-Disclosure of rebuttal experts and their opinions by 5/19/2009.

-Objection to Oppositions' Experts due by 6/18/2009.

-Discovery cut-off and filing date for amended pleadings is 6/29/2009.

-Counsel shall complete the mediation process and file a letter of compliance by 7/8/2009.

-All remaining motions, including DISPOSITIVE MOTIONS, shall be filed by 7/28/2009.

STIPULATION MOTION FOR
EXTENSION OF CERTAIN DEADLINES - 1

ANTONI H. FROEHLING
Attorney at Law
122 East Stewart Avenue
Puyallup, Washington 98372
(253) 770-0116

1  -Filing of Trial Briefs, lodging of Proposed Findings of Fact and Conclusions
2  of Law and lodging the Proposed Pre-Trial Order is 9/24/2009.
3  -Pre-Trial Conference will be held on 10/2/2009 at 02:00 PM.
4  -TWO DAY Bench Trial is set for 10/26/2009 at 09:00 AM.

5     2.     Defendant propounded discovery upon Plaintiff in February 2009, with Plaintiff's responses due in March 2009. Due to trial schedule conflicts resulting from attorney for plaintiff assuming the case load of deceased attorney Alvin D. Mayhew, Jr., Plaintiff has had difficulty in responding to the discovery and as unable to do so until May 22, 2009. The parties have worked amicably to resolve that difficulty, but the delay has intruded or will intrude on the orderly compliance with the deadlines.

    3.     Therefore, the parties have conferred and hereby STIPULATE and respectfully JOINTLY REQUEST that the Court enter the following order:

-Disclosure of expert witnesses and their opinions by 6/19/2009.

-Disclosure of rebuttal experts and their opinions by 7/20/2009.

-Objection to Oppositions' Experts due by 8/17/2009

-Discovery cut-off and filing date for amended pleadings is 8/28/2009.

-All remaining motions, including DISPOSITIVE MOTIONS, shall be filed by 9/24/2009.

-Counsel shall complete the mediation process and file a letter of compliance by 11/20/2009.

-Filing of Trial Briefs, lodging of Proposed Findings of Fact and Conclusions of Law and lodging the Proposed Pre-Trial Order is 12/3/2009.

-Pretrial Conference set for 12/11/2009 at 02:00 PM in C Courtroom before Judge Franklin D. Burgess.

-TWO DAY Bench Trial is set for ~~12/21/2009~~ 1/05/2010 at 09:00 AM.

STIPULATION MOTION FOR
EXTENSION OF CERTAIN DEADLINES - 2

ANTONI H. FROEHLING
Attorney at Law
122 East Stewart Avenue
Puyallup, Washington 98372
(253) 770-0116

So stipulated and respectfully submitted this 19th day of May, 2009, by:

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

s/J. Michael Diaz
J. MICHAEL DIAZ, WSBA #38100
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: Michael.Diaz@usdoj.gov

s/Antoni H. Froehling
ANTONI H. FROEHLING, WSBA #8271
122 East Stewart Avenue
Puyallup, Washington 98372
Telephone: (253) 770-0116
Fax: (253) 770-0144
E-mail: Toni@froehlinglaw.com

[PROPOSED] ORDER

The parties having so stipulated, it is so ORDERED.

DATED this 22 day of May, 2009.

_for_ Hon. Franklin D. Burgess
United States District Judge

STIPULATION MOTION FOR
EXTENSION OF CERTAIN DEADLINES - 3