UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| CAROL FREITAS, | ) | |
| | ) | |
| Plaintiff | ) | NO. C08-05166 FDB |
| | ) | |
| vs. | ) | **STIPULATION AND** |
| | ) | **ORDER OF DISMISSAL** |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure:

1) The Defendant hereby withdraws its motion for summary judgment;

2) That the above-referenced case should be DISMISSED WITH PREJUDICE; and

3) That the parties in this case shall be responsible for their own attorney's fees and costs.

So stipulated and respectfully submitted this 15th day of October, 2009 by.

STIPULATION AND ORDER
OF DISMISSAL - 1

ANTONI H. FROEHLING
Attorney at Law
122 East Stewart Avenue
Puyallup, Washington 98372
(253) 770-0116

| | |
|---|---|
| JEFFREY C. SULLIVAN<br>United States Attorney<br><br>  s/ *J. Michael Diaz*<br>J. MICHAEL DIAZ, WSBA #38100<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101-1271<br>PH: 206-553-7970<br>Fax: 206-553-4067<br>e-mail: Michael.Diaz@usdoj.gov<br>Attorney for Defendant | ANTONI H. FROEHLING<br><br>  s/ *Antoni H. Froehling*<br>ANTONI H. FROEHLING, WSBA #8271<br>122 East Stewart Avenue<br>Puyallup, WA 98372<br>PH: 253-770-0116<br>Fax: 253-770-0144<br>e-mail: toni@froehlinglaw.com<br>Attorney for Plaintiff |

**ORDER**

The parties having so stipulated, it is so ORDERED.

DATED this 27th day of October, 2009.

*/s/ Franklin D. Burgess*
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
OF DISMISSAL - 2